UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

HOFFMANS TRADE GROUP LLC,

          Debtor

Chapter 7
Case No. 13-11662-REL

---

MARC S. EHRLICH, AS TRUSTEE FOR
HOFFMANS TRADE GROUP LLC,

          Plaintiff

v.

COMMERCIAL FACTORS OF ATLANTA and
GAEL COAKLEY,

          Defendants.

Adv. Pro. No. 15-90036

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                             )ss:
COUNTY OF ALBANY    )

Leigh A. Hoffman, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in East Greenbush, New York. On the 4th day of August, 2015, I served a true and correct copy of the **Summons in an Adversary Proceeding; Adversary Complaint to Avoid and Recover Transfers and for Other Relief (with Exhibits "A"- "K") and Adversary Proceeding Cover Sheet** to the following individuals at the following places in the following manner:

**Certified Mail, Return Receipt Requested:** By depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in an official depository maintained and exclusively controlled by the United States Post Office in the State of New York.

Gael Coakley
12 Glennon Road
Latham, New York 12110

Karl Sleight, Esq.
Counsel for Gael Coakley
Harris Beach PLLC
677 Broadway, Suite 1101
Albany, NY 12207

1890547.doc

**Via E-Mail:**

Robert K. Weiler, Esq.
Counsel for Commercial Factors of Atlanta
Email: RWeiler@BHlawPLLC.com

_____
Leigh A. Hoffman

Sworn to before me this
4th day of August, 2015.

_____
Notary Public – State of New York

JESSICA L. HARRIMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HA6321636
Qualified in Rensselaer County
My Commission Expires March 23, 20 19