

# BOUSQUET HOLSTEIN PLLC

110 WEST FAYETTE STREET • ONE LINCOLN CENTER • SUITE 900 • SYRACUSE, NEW YORK 13202 • PH: 315.422.1391 • FX: 315.422.3549

**FILED**
AUG 1 2 2015
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

**SO ORDERED.**

/s/ Robert E. Littlefield, Jr.  8/12/2015
ROBERT E. LITTLEFIELD, JR.
UNITED STATES BANKRUPTCY JUDGE

LAURENCE G. BOUSQUET
PHILIP S. BOUSQUET
CECELIA R. S. CANNON
CHRISTINE WOODCOCK DETTOR
DAVID A. HOLSTEIN †
VIRGINIA A. HOVEMAN ♦
EMILEE K. LAWSON HATCH •••
SHARON A. McAULIFFE
L. MICHA ORDWAY, JR.
STEVEN A. PAQUETTE
PAUL M. PREDMORE
JAMES L. SONNEBORN
THOMAS E. TAYLOR ••
JOHN L. VALENTINO
ROBERT K. WEILER
HARRISON V. WILLIAMS, JR.

OF COUNSEL:
AARON D. FRISHMAN •••••
EDWARD S. GREEN ‡
GILBERT M. HOFFMAN
GARY J. LAVINE ••
SIDNEY L. MANES
J.P. PARASCHOS
TERESA M. RONEY

ASSOCIATES:
PAUL J. DOMINSKI
GWEN Z. GOU
NATALIE P. HEMPSON
CASEY A. JOHNSON
JULIA J. MARTIN
AIDAN C. MITCHELL-EATON
RYAN S. SUSER
JOSHUA S. WERBECK
EVA K. WOJTALEWSKI ••••

ALSO ADMITTED TO IL BAR ♦
ALSO ADMITTED TO DC BAR ••
ALSO ADMITTED TO MA BAR •••
ALSO ADMITTED TO CA BAR ••••
ALSO ADMITTED TO CO BAR •••••
ALSO ADMITTED TO FL & PA BAR †
ALSO CERTIFIED PUBLIC ACCOUNTANT ‡
NOT FOR SERVICE OF PROCESS ♦

WWW.BHLAWPLLC.COM

August 11, 2015

**Via ECF – Order Upload**

Hon. Robert E. Littlefield
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re: **Hoffmans Trade Group LLC**
Case No. 13-11662-REL
Marc S. Ehrlich, As Trustee For Hoffman's Trade Group LLC v.
Commercial Factors of Atlanta and Gael Coakley
Adversary Proceeding No.: 15-90036

Dear Judge Littlefield:

This is to confirm that counsel for Hoffmans Trade Group LLC, Leigh A. Hoffman, Esq. of Deily & Glastetter, LLP, has consented to an extension of time until September 30, 2015 for defendant, Commercial Factors of Atlanta, Inc. to submit a motion or answer the Complaint in the above-referenced adversary proceeding.

It is my understanding that the Court customarily so orders these extensions of time.



Hon. Robert E. Littlefield
August 11, 2015
Page 2

If this extension of time meets with the Court's approval, we respectfully request that this extension be so ordered by the Court.

If you have any questions, please call me.

Thank you.

Very truly yours,

BOUSQUET HOLSTEIN PLLC

By: _____
     Robert K. Weiler, Esq.
Attorneys for Commercial Factors of
Atlanta, Inc.
One Lincoln Center
110 W. Fayette St., Ste. 900
Syracuse, NY 13202
(315) 422-1391
rweiler@bhlawpllc.com

2561183_1